UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. THOMAS J. AQUILINO, SENIOR JUDGE

```
-------------------------------------------------------------x
Victoria's Secret Direct,                        :
                  Plaintiff,                     :
            v.                                   :    Court No.    06-00062
United States,                                   :
                  Defendant.                     :
-------------------------------------------------------------x
```

## COMPLAINT

1. Plaintiff is the importer of record.

2. The protests and summons herein were timely filed.

3. All liquidated duties, charges and exactions were paid prior to commencement of this action.

4. The imported merchandise at issue ("subject merchandise") is identified on Exhibit 1 by protest number, entry number, entry line number, style number, and style description.

5. The subject merchandise consists of ladies' knitted tops with a built-in shelf bra.

6. In liquidation, U.S. Customs and Border Protection ("Customs") classified the subject merchandise in one of the following provisions:

    a. Tank tops and similar garments, knitted or crocheted, of cotton, under HTSUS subheading 6109.10.00 at the rate of 16.5 percent ad valorem, or

    b. Pullovers, knitted or crocheted, of cotton in HTSUS subheading 6110.20.20, at the rate of 16.5 percent ad valorem.

7. The subject merchandise is classifiable as other garments, knitted or crocheted, of cotton under subheading 6114.20.00, HTSUS, at the rate of 10.8 percent ad valorem.

8. The subject merchandise is similar to the merchandise at issue in *Victoria's Secret Direct, LLC v. United States*, 908 F. Supp. 2d 1332 (Ct. Int'l. Trade 2013) and *Lerner N.Y., Inc. v. United States*, 908 F. Supp. 2d 1313 (Ct. Int'l. Trade 2013), *aff'd. Victoria's Secret, LLC. V. United States*, 908 F.3d 1102 (Fed. Cir. 2014), wherein the court held that knitted outer garments which provide significant body coverage and bust support are classifiable under heading 6114, HTSUS.

**WHEREFORE**, plaintiff respectfully requests that this Court render judgment in its favor and direct Customs to (1) reliquidate each entry identified on Exhibit 1 with identified style number, classifying each style number identified for that entry as indicated above and (2) refund the excess duties collected with lawful interest.

        Respectfully submitted,

        GRUNFELD, DESIDERIO, LEBOWITZ
        SILVERMAN & KLESTADT, LLP
        Attorneys for Plaintiff
        599 Lexington Avenue
        36th Floor
        New York, New York 10022
        Tel. (212) 557-4000

/s/   Robert F. Seely
        Robert B. Silverman
        Alan R. Klestadt

Dated:  New York, New York
       March 12, 2022

# EXHIBIT 1

**Port:**  Los Angeles, CA (2704); Chicago, IL (3901); Miami, FL (5201)

**Summons Filed:** 03/07/2006

*NOTE:*  Entries identified below with an asterisk (*) are abandoned and not subject to reliquidation.

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 2704-05-100793 | 442-1787409-6* | | | |
| 2704-05-101210 | 442-1794813-0* | | | |
| 2704-05-101211 | 442-1795583-8* | | | |
| 2704-05-101212 | 442-1800082-4* | | | |
| 2704-05-101213 | 442-1803699-2* | | | |
| 2704-05-101214 | 442-1795586-1* | | | |
| 2704-05-101215 | 442-1794111-9* | | | |
| 2704-05-101216 | 442-1800049-3 | 1 | 176495 | PULLOVER, 3/4 SLEEVE WITH LACE INSET AND SHELF BRA |
| 2704-05-101217 | 442-1801292-8 | 1 | 176440 | PULLOVER, L/S, V NECK, SHELF BRA |
| 2704-05-101217 | 442-1801292-8 | 2 | 176440 | PULLOVER, L/S, V NECK, SHELF BRA |
| 2704-05-101218 | 442-1800056-8 | 1 | 175987 | PULLOVER, L/S SQUARE NECK WITH SHELF BRA |
| 2704-05-101219 | 442-1800042-8 | 1 | 175982 | PULLOVER, L/S OFF SHOULDER WITH SHELF BRA |
| 2704-05-101220 | 442-1795512-7* | | | |
| 2704-05-101221 | 442-1797523-2 | 1 | 175975 | PULLOVER, 3/4 SLEEVE OFF THE SHOULDER WITH SHELF BRA |
| 2704-05-101222 | 442-1797524-0* | | | |
| 2704-05-101222 | 442-1797525-7* | | | |
| 2704-05-101223 | 442-1795576-2* | | | |
| 2704-05-101223 | 442-1796672-8* | | | |
| 2704-05-101224 | 442-1800043-6 | 1 | 175983 | PULLOVER, L/S WITH OPEN BACK AND SHELF BRA |
| 2704-05-101224 | 442-1800046-9 | 1 | 175983 | PULLOVER, L/S WITH OPEN BACK AND SHELF BRA |
| 2704-05-101225 | 442-1795574-7* | | | |
| 2704-05-101878 | 442-1813861-6* | | | |
| 2704-05-101879 | 442-1813858-2 | 1 | 179079 | PULLOVER, VEE NECK LACE WITH SHELF BRA |
| 2704-05-101880 | 442-1813874-9 | 1 | 175989 | PULLOVER, L/S SQUARE NECK W/ LACE INSET W/ SHELF BRA |
| 2704-05-101881 | 442-1812607-4 | 1 | 178430 | PULLOVER, L/S V-NECK VELVET WITH SHELF BRA |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 2704-05-101883 | 442-1811180-3* | | | |
| 2704-05-101885 | 442-1809181-5* | | | |
| 2704-05-101886 | 442-1807929-9* | | | |
| 2704-05-101886 | 442-1811179-5* | | | |
| 2704-05-101887 | 442-1806810-2 | 1 | 175852 | PULLOVER, L/S SQUARE NECK WITH SHELF BRA |
| 2704-05-102264 | 442-1815810-1* | | | |
| 2704-05-102265 | 442-1815812-7 | 1 | 175982 | PULLOVER, L/S OFF SHOULDER WITH SHELF BRA |
| 2704-05-102266 | 442-1815817-6* | | | |
| 2704-05-102267 | 442-1816495-0* | | | |
| 2704-05-102268 | 442-1816496-8 | 1 | 176495 | PULLOVER, 3/4 SLEEVE WITH LACE INSET AND SHELF BRA |
| 2704-05-102269 | 442-1817801-8* | | | |
| 2704-05-102270 | 442-1820271-9 | 1 | 180871 | TANK TOP, SCOOP NECK W/ DECARATIVE RIBBON TIE, SHELF BRA |
| 2704-05-102271 | 442-1820272-7* | | | |
| 3901-05-100783 | 233-3385045-3 | 1 | 167266 | PULLOVER, L/S WITH CONTRAST TRIM, SHELF BRA – of cotton |
| 3901-05-100784 | 233-3380417-9 | 1 | 167266 | PULLOVER, L/S WITH CONTRAST TRIM, SHELF BRA – of cotton |
| 3901-05-100785 | 233-3384106-4 | 1 | 178718 | PULLOVER, L/S TUNIC WITH GROMMET TRIM AND SHELF BRA – of cotton |
| 5201-05-100351 | 442-7209019-0 | 1 | 175886 | PULLOVER, L/S WITH SHELF BRA |
| 5201-05-100381 | 442-7209295-6* | | | |

11503046_1